# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JACK IN THE BOX PROPERTIES LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-06755-DSF-MRW<br><br>*Hon. Dale S. Fischer*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 25, 2021<br>Trial Date:　Not on Calendar |

1

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendants Jack in the Box Properties LLC and Tri-P's Management Corporation, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

IT IS SO ORDERED.

DATED: June 10, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE